IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NORBERTO GONZALEZ GARCIA, A# 221-361-976, | § | |
| *Petitioner*, | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-05664-FB |
| MIGUEL VERGARA, Director of the San Antonio Field Office, U.S. Immigration and Customs Enforcement, *et al.*, | § | |
| *Respondents*. | § | |

**ORDER OF TRANSFER**

Petitioner brought this habeas petition under 28 U.S.C. Section 2241 to challenge his detention at the T. Don Hutto Detention Center, which is located in Taylor, Texas. Taylor is in Williamson County, which is located in the Austin Division of the Western District of Texas.[1] Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." Local Rule CV-3(b).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The Court finds that for the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the Austin Division of the Western District of Texas. *See Diaz-Gonzalez v. Bondi*, Case No. SA-26-CA-00151-XR, ECF No. 2 (W.D. Tex. Jan. 14, 2026) (transferring petitioner's Section 2241 challenge to detention at T. Don Hutto Detention Center from San Antonio Division to Austin Division)

---

[1] Western District of Texas Local Rules, at vii, available at https://www.txwd.uscourts.gov/wp-content/uploads/2025/09/TXWD%20Local%20Rules%20Full%20Copy%20090225.pdf.

IT IS THEREFORE ORDERED that this case is TRANSFERRED to the Austin Division of the Western District of Texas.

It is so ORDERED.

SIGNED this 16th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE